### Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Camille Opal Kenworthy** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–2304** <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court   **District of Utah** <br> Case number:   **23–21763   JTM** | | Date case filed for chapter **7:   5/3/23** |

---

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Camille Opal Kenworthy | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 59 E Cox Lane <br> Midvale, UT 84047 | |
| 4. | **Debtor's attorney** <br> Name and address | KC Garner <br> Beehive Advocates <br> 10907 South State Street <br> Sandy, UT 84070 | Contact phone 801–432–2975 <br> Email: kc@beehivelaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | David L. Miller tr <br> P.O. Box 9 <br> Farmington, UT 84025–0009 | Contact phone (801) 447–8777 <br> Email: davidlmillerpc@msn.com |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **1**
Date Generated: 5/15/23                                                                         For more information, see page 2 >

Debtor **Camille Opal Kenworthy**                                                                                                 Case number **23–21763**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**June 13, 2023 at 02:00 PM**<br><br>Location:<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (385) 363–3850, Enter Meeting ID 588 866 9179, and Passcode 3882695630** |
| | | For additional meeting information go to https://www.justice.gov/ust/moc | |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 8/14/23 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    page **2**

United States Bankruptcy Court
District of Utah

In re:  Case No. 23-21763-JTM
Camille Opal Kenworthy  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 3
Date Rcvd: May 15, 2023     Form ID: 309A     Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Camille Opal Kenworthy, 59 E Cox Lane, Midvale, UT 84047-2186 |
| 12220467 | + | Advanced Credit Management, 1117 South Orem Blvd, Orem, UT 84058-6976 |
| 12220472 | + | Care Now, PO Box 745681, Atlanta, GA 30374-5681 |
| 12220474 | + | City of Orem, PO Box 27471, Salt Lake City, UT 84127-0471 |
| 12220477 | | Conduent/Nelnet Nhlp-iii/tr, Condent shut down operations 9/1/2019, transferred loans to new loan servicer, Utica, NY 13504 |
| 12220478 | + | Cottonwood InstaCare, 181 Medical Tower Drive, Salt Lake City, UT 84107-4872 |
| 12220482 | + | Endorcrinology Center of Utah, PO Box 1409, Draper, UT 84020-1110 |
| 12220484 | + | Genesis Dental of Orem, 320 E 800 S, Orem, UT 84097-6386 |
| 12220486 | + | Intermountain Medical Group, PO Box 34578, Seattle, WA 98124-1578 |
| 12220490 | + | Ken Garff West Valley, 4175 West 3500 South, Salt Lake City, UT 84120-3203 |
| 12220493 | + | Liberty Mutual, 9815 Monroe St Ste 105, Sandy, UT 84070-4297 |
| 12220494 | + | Meade Recovery, PO Box 652, Logan, UT 84323-0652 |
| 12220496 | + | Molina Healthcare, PO Box 30104, Tampa, FL 33630-3104 |
| 12220501 | ++ | PACIFICORP, ATTN BANKRUPTCY, PO BOX 25308, SALT LAKE CITY UT 84125-0308 address filed with court:, Rocky Mountain Power, PO Box 26000, Portland, OR 97256 |
| 12220502 | | The Parc on Center, need address |
| 12220503 | | Timbergate Apartments, 5605 W 11830 Ln, Riverton, UT 84065 |
| 12220505 | + | Unniversity of Utah, 127 South 500 East Suite 100, Salt Lake City, UT 84102-1975 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kc@beehivelaw.com | May 15 2023 23:29:00 | KC Garner, Beehive Advocates, 10907 South State Street, Sandy, UT 84070 |
| tr | | EDI: FDLMILLER.COM | May 16 2023 03:23:00 | David L. Miller tr, P.O. Box 9, Farmington, UT 84025-0009 |
| 12220466 | + | Email/Text: bankruptcy@acimacredit.com | May 15 2023 23:30:00 | Acima, 13907 Minuteman Dr 5th Floor, Draper, UT 84020-9870 |
| 12220468 | ^ | MEBN | May 15 2023 23:26:15 | Attorney General for United States, 950 Pennsylvania Avenue, NW, Room 4400, Washington, DC 20530-0001 |
| 12220470 | + | Email/Text: banko@bonncoll.com | May 15 2023 23:29:00 | Bonneville Collections, Po Box 150621, Ogden, UT 84415-0621 |
| 12220471 | + | EDI: CAPITALONE.COM | May 16 2023 03:23:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 12220473 | ^ | MEBN | May 15 2023 23:25:52 | Chime/Stride Bank, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 12220475 | + | EDI: COMCASTCBLCENT | May 16 2023 03:23:00 | Comcast Cable, 8400 W. Tidwell Road, Houston, TX 77040-5568 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 12220479 | + | EDI: CCS.COM | May 16 2023 03:23:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 12220480 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2023 23:36:45 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 12220481 | + | Email/Text: bankruptcy@expressrecovery.com | May 15 2023 23:29:00 | Edwin B. Parry, P.O. Box 25727, Salt Lake City, UT 84125-0727 |
| 12220483 | + | Email/Text: bankruptcy@expressrecovery.com | May 15 2023 23:29:00 | Express Recovery Service, PO Box 26415, Salt Lake City, UT 84126-0415 |
| 12220485 | + | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | May 15 2023 23:29:00 | Intermountain Healthcare, PO Box 35145, Seattle, WA 98124-5145 |
| 12220487 | | EDI: IRS.COM | May 16 2023 03:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12220488 | | Email/Text: jdukeedwards@gmail.com | May 15 2023 23:29:00 | J. Duke Edwards, 4625 South 2300 East, Suite 206, Salt Lake City, UT 84117 |
| 12220491 | + | Email/Text: bankruptcy@kikoff.com | May 15 2023 23:29:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 12220492 | + | Email/Text: Bankruptcies@cullimore.net | May 15 2023 23:30:00 | Kirk A. Cullimore, 12339 S 800 E Suite 100, Draper, UT 84020-8373 |
| 12220497 | + | Email/Text: bkclerk@north-american-recovery.com | May 15 2023 23:29:00 | North American Recovery, Attn: Bankruptcy, Po Box 271014, Salt Lake City, UT 84127-1014 |
| 12220499 | | EDI: PRA.COM | May 16 2023 03:23:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 12220500 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 15 2023 23:29:00 | Progressive Insurance, 6300 Wilson Mills Rd, Cleveland, OH 44143-2182 |
| 12220504 | + | Email/Text: ebn@recoupasset.com | May 15 2023 23:29:00 | Timberline Financial I, 369 E State Rd, Pleasant Grove, UT 84062-3616 |
| 12220506 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 15 2023 23:29:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 12220507 | | EDI: UTAHTAXCOMM.COM | May 16 2023 03:23:00 | Utah State Tax Commission, Attn: Bankruptcy Unit, 210 North 1950 West, Salt Lake City, UT 84134-3340 |
| 12220508 | ^ | MEBN | May 15 2023 23:25:50 | Waypoint Resource Group, Attn: Bankruptcy, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |
| 12220509 | + | EDI: COMCASTCBLCENT | May 16 2023 03:23:00 | Xfinity, 9602 S 300 W Ste B, Sandy, UT 84070-3339 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12220469 | | Barnes Financial |
| 12220476 | | Compassionate Finance |
| 12220489 | | Jonathan Jenskins |
| 12220495 | | Michael Kenworth, address is unknown |
| 12220498 | | Own My Stuff |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| David L. Miller tr | davidlmillerpc@msn.com  dlm50@trustesolutions.net |
| KC Garner | on behalf of Debtor Camille Opal Kenworthy kc@beehivelaw.com ecfbeehivelegal@gmail.com,sally@beehivelaw.com,bryan@beehivelaw.com,katy@beehivelaw.com;garnerkr72417@notify.bestcase.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3